FILED

08/05/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0412

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0412

_____

CITY OF GREAT FALLS,

     Plaintiff and Appellee,

  v.                                                O R D E R

RICKY EROS SANDOVAL,

     Defendant and Appellant.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable John W. Parker, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 5 2020